| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | August 31, 2018 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A214459601 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC1891646691 | August 30, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| March 16, 2017 | Family Based Immediate | June 01, 1976 |

ASHABAHEN B. PATEL
C/O BHAVYA CHAUDHARY BHAVYA CHAUDHARY AND ASSOC
700 HOLCOMB BRIDGE ROAD
NORCROSS, GA 30071

10  00002504

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.



RECEIVED SEP 1 0 2018

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 | |
| Lee's Summit, MO 64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  07/11/14 Y