**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 10, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A214459601 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2090563535 | December 02, 2019 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
|  | Immediate Relative of U.S. citizen | June 01, 1976 |

ASHABAHEN B. PATEL
C/O BHAVYA CHAUDHARY BHAVYA CHAUDHARY AND ASSOCI / 00002326
700 HOLCOMB BRIDGE RD
NORCROSS, GA 30071

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $1,140.00 |
|---|---|
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.



RECEIVED JAN 17 2020

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19