Department of Homeland Security
Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 22, 2021 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-290B, Notice of Appeal or Motion | | A214459601 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2191316040 | May 04, 2021 | 1 of 1 |
| | | **DATE OF BIRTH** |

**ASHABAHEN B. PATEL**
C/O BHAVYA CHAUDHARY BHAVYA CHAUDHARY AND ASSOCI
700 HOLCOMB BRIDGE RD
NORCROSS, GA 30071

**PAYMENT INFORMATION:**

Application/Petition Fee: $675.00
Total Amount Received: $675.00
Total Balance Due: $0.00

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.


JUN 01 2021

| USCIS Office Address: | USCIS Contact Center Number: |
|---|---|
| USCIS<br>National Benefits Center<br>P.O. Box 648003<br>Lee's Summit, MO 64002 | (800)375-5283<br>**ATTORNEY COPY** |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19